1 | TAD A. DEVLIN (SBN 190355)
GORDON & REES, LLP
2 | 275 Battery Street, Suite 2000
San Francisco CA, 94111
3 | Phone: (415) 986-5900
Fax: (415) 986-8054
4 | Email: tdevlin@gordonrees.com

5 | Attorneys for Defendant
AETNA LIFE INSURANCE COMPANY
6

7 | P. RANDALL NOAH (SBN 136452)
21 Orinda Way, Suite C, #316
8 | Orinda, CA 94563
Phone: (925) 253-5540
9 | Fax: (925) 253-5542
pnoah@ix.netcom.com
10
Attorneys for Plaintiff
11 | TAMMY SMITH

*IT IS SO ORDERED*
*Judge Susan Illston*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TAMMY SMITH,<br><br>Plaintiff,<br><br>v.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>Defendant. | CASE NO. C11-02559-SI<br><br>**SECOND STIPULATION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING PURSUANT TO FRCP 6(b)(1) AND CIVIL LOCAL RULE 6-1**<br><br>The Honorable Susan Illston |
|---|---|

**STIPULATION**

Pursuant to Fed. R. Civ. P. 6(b)(1) and Civil Local Rule 6-1, Defendant Aetna Life Insurance Company ("Aetna") and Plaintiff Tammy Smith ("Smith") hereby stipulate to extend the time for Defendant to respond to Plaintiff's Complaint to July 29, 2011, without waiving any defenses available by statute or court rule.

On May 26, 2011, Plaintiff filed a Complaint against Aetna in this court. Aetna was purportedly served with the Summons and Complaint on June 2, 2011. Based on the alleged

- 1 -

1  receipt date, the deadline for responding to the Complaint was June 23, 2011.

2       On June 22, 2011, counsel for Defendant and Plaintiff agreed to extend the time for
3  filing a responsive pleading to July 8, 2011.  On June 23, 2011, the parties filed a Stipulation
4  to Extend Time to File a Responsive Pleading (Dkt. No. 9).

5       On June 30, 2011, the parties conferred, and Plaintiff agreed to further extend the time
6  for Defendant to file a responsive pleading to July 29, 2011, so Defendant can properly
7  investigate the claims.  Accordingly, Defendant has good cause to seek an extension to file its
8  responsive pleading, and the parties stipulate that the time for Defendant to file a responsive
9  pleading is extended to July 29, 2011.

10  **IT IS SO STIPULATED**

12  Dated:  July 6, 2011                                  GORDON & REES LLP

14                                               By: */s/ Tad A. Devlin*
                                             Tad Devlin, SBN 190355
                                           Attorneys For Defendant
                                           275 Battery Street, Suite 2000
                                           San Francisco, California  94111
                                           Phone: (415) 986-5900
                                           Fax: (415) 986-8054
                                           tdevlin@gordonrees.com

19  Dated:  July 6, 2011                                  LAW OFFICES OF P. RANDALL NOAH

21                                               By: */s/ P. Randall Noah*
                                             P. Randall Noah, SBN 136452
                                             Attorneys For Plaintiff
                                             21 Orinda Way, Suite C, #316
                                             Orinda, CA 94563
                                             Phone: (925) 253-5540
                                             Fax: (925) 253-5542
                                           pnoah@ix.netcom.com

SECOND STIPULATION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING
                                                                               CASE NO. C11-02559-SI