1  TAD A. DEVLIN (SBN: 190355)
   CATHERINE GREGORY (SBN: 242006)
2  GORDON & REES, LLP
   275 Battery Street, Suite 2000
3  San Francisco CA, 94111
   Phone: (415) 986-5900
4  Fax: (415) 986-8054
   Email: tdevlin@gordonrees.com
5
   Attorneys for Defendant
6  AETNA LIFE INSURANCE COMPANY

7
   P. RANDALL NOAH (SBN 136452)
8  21 Orinda Way, Suite C, #316
   Orinda, CA 94563
9  Phone: (925) 253-5540
   Fax: (925) 253-5542
10 pnoah@ix.netcom.com

11 Attorneys for Plaintiff
   TAMMY SMITH
12

13

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16 | TAMMY SMITH,                          | CASE NO. C11-02559-SI
17 |             Plaintiff,                | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DATES PURSUANT TO FRCP 6(b)(1) AND CIVIL LOCAL RULE 6-2**
18 |       v.                              |
19 | AETNA LIFE INSURANCE COMPANY,         |
20 |             Defendant.                |
21 |                                       | The Honorable Susan Illston

22                            **STIPULATION**

23     Pursuant to Fed. R. Civ. P. 6(b)(1) and Civil Local Rule 6-2, Defendant Aetna Life

24 Insurance Company ("Aetna") and Plaintiff Tammy Smith ("Smith") hereby stipulate to and

25 respectfully request the Court continue the currently scheduled Case Management Conference

26 and related dates by thirty (30) days.  The parties stipulate that the Case Management

27
                                          - 1 -
28 _____
   STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND
   RELATED DATES
                                                           CASE NO. C11-02559-SI

1  Conference should be continued to October 3, 2011, and the related dates adjusted
2  accordingly. There is good cause for the stipulation and requested continuance because Aetna
3  filed a motion to dismiss for improper venue/motion to transfer that should be decided before
4  the parties and this Court engage in case management and case setting before this Court.
5  There is the possibility that the Case Management Conference will not be needed before this
6  Court if Aetna's motion to dismiss for improper venue/motion to transfer is granted.
7       This stipulation is supported by the Declaration of Tad Devlin, and all documents on
8  file with the Court in this matter.
9       The deadline for the parties to file a Joint Case Management Statement is August 26,
10 2011, and the Initial Case Management Conference is currently scheduled for September 2,
11 2011. *See* Declaration of Tad Devlin ("Devlin Decl."). The parties request the continuance
12 due to Aetna's pending Motion To Dismiss or Transfer the Action, Pursuant to 28 U.S.C.
13 § 1406(A), or Transfer for Convenience, Pursuant to 28 U.S.C. § 1404(A), which is set for
14 hearing on September 9, 2011. *See id.*, at ¶ 3.
15      These currently set case dates and deadlines in this Court will be moot if Aetna
16 prevails on its motion to dismiss/transfer venue. The parties request the thirty (30) day
17 continuance to afford the Court the opportunity to decide Aetna's motion. *See id.*, at ¶ 4. The
18 parties are making this request prior to fourteen days before the scheduled deadlines. *See* LR
19 6-1(b). This extension will not prejudice either party or have an affect on other Court
20 deadlines. *See id.*, at ¶ 5. Aetna has received two prior extensions for filing a response to
21 Smith's complaint. *See id.*, at ¶ 6.
22      There is good cause for the parties' stipulation and request for the Initial Case
23 Management Conference, if needed at all based on Aetna's motion, to be rescheduled to
24 October 3, 2011.
25      **IT IS SO STIPULATED.**
26
27
28

- 2 -

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DATES

CASE NO. C11-02559-SI

| | | |
|---|---|---|
| 1 | Dated:  August 9, 2011 | GORDON & REES LLP |
| 2 | | |
| 3 | | By: */s/ Tad A. Devlin* |
| 4 | | Tad Devlin, SBN 190355<br>Attorneys For Defendant |
| 5 | | 275 Battery Street, Suite 2000<br>San Francisco, California  94111 |
| 6 | | Phone: (415) 986-5900<br>Fax: (415) 986-8054 |
| 7 | | tdevlin@gordonrees.com |
| 8 | | |
| 9 | Dated:  August 9, 2011 | LAW OFFICES OF P. RANDALL NOAH |
| 10 | | |
| 11 | | By: */s/ P. Randall Noah*<br>P. Randall Noah, SBN 136452 |
| 12 | | Attorneys For Plaintiff<br>21 Orinda Way, Suite C, #316 |
| 13 | | Orinda, CA 94563<br>Phone: (925) 253-5540 |
| 14 | | Fax: (925) 253-5542<br>pnoah@ix.netcom.com |

- 3 -

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DATES

CASE NO. C11-02559-SI

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the Initial Case Management Conference be rescheduled to October ~~4~~ 7, 2011, ~~and the related dates will be adjusted accordingly.~~

Dated this __10th__ day of _____August_____, 2011.

_____
THE HONORABLE SUSAN ILLSTON